IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 127 MOUNT VERNON )<br>DRIVE, MONROEVILLE, PA 15146, )<br>including all improvements, fixtures, )<br>and appurtenances thereto or therein; and )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 3711 WALNUT STREET )<br>MCKEESPORT, PA 15132, including all )<br>improvements, fixtures, and appurtenances )<br>thereto or therein. )<br>)<br>Defendants ) | Civil Action No. 04-0384 |

ORDER OF COURT

AND NOW, this 25TH day of April, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that Thomas J. Cousar shall have until June 30, 2006, within which to respond to the Amended Verified Complaint for Forfeiture.

_____ J.