IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------x
UNITED STATES OF AMERICA,    )   Civil Action No. 04-0384
                             )
            Plaintiff,       )
                             )
       v.                    )
                             )
REAL PROPERTY KNOWN AND      )
NUMBERED AS 127 MOUNT VERNON )
DRIVE, MONROEVILLE, PA 15146,)
including all improvements, fixtures, and )
appurtenances thereto or therein; and     )
                             )
REAL PROPERTY KNOWN AND      )
NUMBERED AS 3711 WALNUT STREET, )
MCKEESPORT, PA 15132, including all )
Improvements, fixtures, and appurtenances )
Thereto or therein,          )
                             )
            Defendants.      )
                             )
------------------------------------------x

## ORDER OF COURT

AND NOW, this 29th day of Sept, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that the foregoing Stipulation and Consent Order is hereby APPROVED, and that:

    1.    Dollar Bank may exercise any and all of its rights and remedies with respect to the Real Property, including, but not limited to, commencing foreclosure actions or otherwise taking deeds in lieu of foreclosure.[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Consent Order.

2.    Dollar Bank's mortgages on the Real Property are senior to the forfeiture interest of the United States that is the subject of this action.

3.    Dollar Bank may exercise any and all of its rights and remedies with respect to 1100 Walnut Street.

4.    Any monies realized by the foreclosure (or deeds in lieu of foreclosure) and sale of the Real Property over and above the amounts necessary to pay Dollar Bank all monies due it under the Agreements and the Mortgages shall be paid over to the United States Attorney and shall become the substitute *res* in this case. Dollar Bank shall report to the United States Attorney in this regard.

5.    This civil forfeiture case shall be closed subject to reopening in the event that monies are paid over to the United States Attorney pursuant to paragraph 4 hereof.

_____
UNITED STATES DISTRICT JUDGE